UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  EDCV 16-1018-SJO (KS)                                      Date: July 5, 2016

Title  *Norma Delgado v. Commissioner of Social Security*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 17, 2016, Plaintiff filed a Complaint seeking review of the denial of her application for supplemental security income ("SSI") and disability insurance benefits ("DIB"). (Dkt. No. 1.) On May 20, 2016, the Court issued a scheduling order that directed Plaintiff to file an appropriate proof of service within 30 days of the date of the order – that is, no later than June 20, 2016. (Dkt. No. 8.)

More than two weeks have now passed since Plaintiff's deadline for filing an appropriate proof of service, and none has been filed. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE no later than July 19, 2016 why this action should not be dismissed for failure to prosecute** and comply with court orders. *See* Fed. R. Civ. P. 41(b); Local Rule 41-1. Plaintiff may discharge this order by filing before the July 19, 2016 deadline either: (1) proper proof of service;[1] or a request for an extension of time to file the proof of service with a sworn declaration showing good cause for her failure to comply with the Court's May 20, 2016 scheduling order.

---

[1]   Proper proof of service in this case would consist of **the certified or registered mail receipts and a declaration, under penalty of perjury, that the summons and complaint were served by registered or certified mail** on: (a) the United States Attorney for the Central District of California, or his or her authorized agent, addressed to the civil process clerk at the Office of the United States Attorney, Civil Division, Room 7516, Federal Building, 300 North Los Angeles Street, Los Angeles California 90012; (b) Region IX Chief Counsel, Office of the General Counsel, Social Security Administration, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545; and (c) the Attorney General of the United States, United States Department of Justice, 950 Pennsylvania Ave. NW, Washington D.C. 20530-0001.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.    EDCV 16-1018-SJO (KS)                                           Date: July 5, 2016

Title    *Norma Delgado v. Commissioner of Social Security*

    Plaintiff is reminded that, under the Federal Rules of Civil Procedure, she has 90 days from the date she filed the Complaint to effect service of process.  *See* FED. R. CIV. P. 4(m).

|  | : |
|---|---|
| **Initials of Preparer** | rhw |