JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORMA DELGADO,** | ) NO. EDCV 16-1018-KS |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) |
| Defendant. | ) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: December 21, 2017

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE